UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARAMARK MANAGEMENT, LLC and HPSI PURCHASING SERVICES LLC,<br><br>Plaintiffs,<br><br>v.<br><br>STEVE BORGQUIST, BRENT BORGQUIST, and BEACON PURCHASING LLC f/k/a BANNER PURCHASING LLC,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 8:18-cv-01888-JLS-KES<br><br><br><br><br>**AMENDED JUDGMENT** |

# AMENDED JUDGMENT

Pursuant to the jury verdict entered in favor of Plaintiffs Aramark Management, LLC ("Aramark") and HPSI Purchasing Services LLC ("HPSI") (collectively, "Plaintiffs") and against Defendants Steve Borgquist, Brent Borgquist, and Beacon Purchasing LLC f/k/a Banner Purchasing LLC ("Defendants"), the Court's June 9, 2022 Order Granting in Part Plaintiffs' Motion for Attorneys' Fees and Non-Taxable Costs (ECF No. 366), and Federal Rule of Civil Procedure 58, judgment is hereby entered as follows:

1. In favor of Plaintiffs and against Steve Borgquist on the first cause of action for breach of contract;

2. In favor of Plaintiffs and against Steve Borgquist and Brent Borgquist on the second cause of action for breach of the duty of loyalty;

3. In favor of Brent Borgquist and against Plaintiffs on the third cause of action for intentional interference with contractual relations;

4. In favor of Plaintiffs and against Steve Borgquist, Brent Borgquist, and Beacon Purchasing LLC on the fourth cause of action for intentional interference with prospective economic relations;

5. In favor of Plaintiffs and against Steve Borgquist, Brent Borgquist, and Beacon Purchasing LLC on the fifth cause of action for negligent interference with prospective economic relations;

6. In favor of Plaintiffs and against Steve Borgquist on the second counterclaim for failure to pay earned bonuses;

7. In favor of Plaintiffs and against Steve Borgquist and Brent Borgquist on the seventh counterclaim for waiting time penalties (Labor Code § 203);

8. Plaintiffs are awarded damages in the following amounts:

   (a) Five million six hundred sixty-seven thousand dollars and zero cents ($5,667,000.00) in lost profits in connection with

    Plaintiffs' first, second, fourth, and fifth causes of action, apportioned as follows:

      (i) Three million seven hundred seventy-eight thousand dollars and zero cents ($3,778,000.00) as against Steve Borgquist;

      (ii) One million eight hundred eighty-nine thousand dollars and zero cents ($1,889,00.00) as against Brent Borgquist; and

      (iii) Five million six hundred sixty-seven thousand dollars and zero cents ($5,667,000.00) as against Beacon Purchasing LLC, which is jointly and severally liable for the total amount of lost profits;

  (b) One hundred five thousand dollars and zero cents ($105,000.00) in disgorgement of Steve Borgquist's compensation from Aramark in connection with Plaintiffs' first cause of action;

  (c) Ninety-four thousand dollars and zero cents ($94,000.00) in disgorgement of Brent Borgquist's compensation from Aramark in connection with Plaintiffs' second cause of action against Brent Borgquist; and

  (d) Two million dollars and zero cents ($2,000,000.00) in punitive damages, apportioned as follows:

      (i) One million five hundred thousand dollars and zero cents ($1,500,000.00) as against Steve Borgquist; and

      (ii) Five hundred thousand dollars and zero cents ($500,000.00) as against Brent Borgquist; and

  (e) One million one hundred twenty eight thousand six hundred seventeen dollars and forty-four cents ($1,128,617.44) as against Steve Borgquist; and

  9. Postjudgment interest accrues on the amount of the judgment set forth in paragraphs 8(a) through 8(d) herein at the rate provided by law from December 22, 2021, the date of the judgment for the amounts set forth in those paragraphs.

Postjudgment interest accrues on the amount of the judgment set forth in paragraph 8(e) from the date of this amended judgment.

**IT IS SO ORDERED.**

DATED: August 30, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE